STATE of Missouri,
Plaintiff/Respondent,

v.

Joseph L. JANOSKI,
Defendant/Appellant.

No. 61845.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 15, 1992.

Claude Hanks, Chesterfield, for defendant/appellant.

William L. Webster, Atty. Gen., Robert Alan Kelly, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

ORDER

PER CURIAM.

Defendant appeals his conviction and sentence for stealing property with a value of at least $150, § 570.030, RSMo 1986. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 30.25(b).

Larry NOLAN, Appellant,

v.

STATE of Missouri, Respondent.

No. 61547.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 15, 1992.

Elizabeth Haines, St. Louis, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals from the denial of his Rule 24.035 motion following an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).